Mark S. Spring, State Bar No. 155114
mspring@cdflaborlaw.com
Nicole A. Legrottaglie, State Bar No. 271416
nlegrottaglie@cdflaborlaw.com
CAROTHERS DISANTE & FREUDENBERGER LLP
900 University Avenue
Suite 200
Sacramento, California 95825
Telephone:  (916) 361-0991
Facsimile:  (916) 570-1958

Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC erroneously sued as COMCAST INC, dba COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, COMCAST CABLE COMMUNICATIONS LLC, COMCAST HOLDINGS CORPORATION, and COMCAST CORPORATION

Daniel Ray Bacon, State Bar No. 103866
bacondr@aol.com
J. Philip Martin, State Bar No. 55100
LAW OFFICES OF DANIEL RAY BACON
234 Van Ness Avenue
San Francisco, CA 94102
Telephone: (415) 864-0907
Facsimile: (415) 864-0989

Attorneys for Plaintiff
JORGE F. APARICIO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE F. APARICIO,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>COMCAST INC, doing business as COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, COMCAST CABLE COMMUNICATIONS LLC, COMCAST HOLDINGS CORPORATION, and COMCAST CORPORATION a Pennsylvania Corporation, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 3:16-cv-03952-JST<br><br>**JOINT STIPULATION EXTENDING ADR DEADLINE**<br><br>Action Filed:　March 23, 2016<br>Trial Date:　　August 7, 2017 |

This Joint Stipulation extending the ADR deadline is entered into between Plaintiff Jorge F. Aparicio, on the one hand, and Defendant Comcast Communications Management, LLC on the other hand, through their respective counsel of record, with reference to the following facts:

1. WHEREAS, the Parties have met and conferred regarding ADR and submitted a stipulation agreeing to participate in mediation pursuant to ADR Local Rule 6. The Parties further agreed to hold the mediation by the presumptive deadline of 90 days from the date of the Court's order referring the case to ADR. The Court granted the Parties' stipulation on September 29, 2016.

2. WHEREAS, the Parties have conferred with the court-appointed mediator and have agreed that additional time is necessary to conduct initial discovery and depositions in order to have a fruitful mediation.

3. WHEREAS, Plaintiff also desires the extension because the Parties are awaiting the resolution of the grievance of Plaintiff's termination through Plaintiff's union which is still pending.

4. WHEREAS, Comcast does not believe that the pending grievance between the Communications Workers of America and Comcast has anything to do with the ADR process in this case and does not believe that it constitutes valid grounds for altering any dates, including the ADR deadline, in this litigation. Nevertheless, Comcast desires additional time to conduct discovery prior to mediation.

5. WHEREAS, the Parties agree to hold the ADR session on or before May 5, 2017.

NOW, THEREFORE, based on the foregoing, the Parties agree and are stipulating herein, subject to the Court's approval, to hold the ADR session on or before May 5, 2017.

IT IS SO STIPULATED.

///
///

| | | |
|---|---|---|
| 1 | Dated: December 14, 2016 | CAROTHERS DISANTE & FREUDENBERGER LLP |
| 2 | | |
| 3 | | By: /s/ Nicole A. Legrottaglie |
| 4 | | Nicole A. Legrottaglie<br>Attorneys for Defendant |
| 5 | | COMCAST CABLE COMMUNICATIONS<br>MANAGEMENT, LLC |
| 6 | | |
| 7 | Dated: December 14, 2016 | LAW OFFICES OF DANIEL BACON |
| 8 | | |
| 9 | | By: /s/ Daniel Ray Bacon |
| 10 | | Daniel Ray Bacon<br>Attorneys for Plaintiff<br>Jorge F. Aparicio |

CAROTHERS DiSANTE &
FREUDENBERGER LLP

1154814.1

3    JOINT STIPULATION EXTENDING ADR
DEADLINE

**LOCAL RULE 5-1 ATTESTATION**

In accordance with U.S. District Court for the Northern District of California Civil Local Rile 5-1 (i)(3), the filing attorney attests that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.  The filing attorney will maintain records to support this concurrence for subsequent production for the Court, if so ordered, or for inspection upon request by a party, until one year after the final resolution of the action (including appeal, if any).

Dated:  December 14, 2016         CAROTHERS DISANTE & FREUDENBERGER LLP

By:  /s/ Nicole A. Legrottaglie
Nicole A. Legrottaglie
Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC erroneously sued as COMCAST INC, dba COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, COMCAST CABLE COMMUNICATIONS LLC, COMCAST HOLDINGS CORPORATION, and COMCAST CORPORATION

**[PROPOSED] ORDER**

☒ The Parties' stipulation is adopted and IT IS SO ORDERED.
☐ The Parties' stipulation is modified as follows, and IT IS SO ORDERED.

**IT IS SO ORDERED.**

Dated: December 15, 2016

By: _____
JON S. TIGAR
UNITED STATES DISTRICT JUDGE

CAROTHERS DiSANTE &
FREUDENBERGER LLP

1154814.1

5                                    JOINT STIPULATION EXTENDING ADR
                                                              DEADLINE